Blake Goodman
Bar Number: 7436
LAW OFFICES OF BLAKE GOODMAN, PC
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 528-4274
*Attorney for Plaintiffs,*
*Kevin and Laurene Palencia*

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN PALENCIA and LAURENE PALENCIA,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 1:21-cv-00394-DKW-RT<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiffs Kevin Palencia and Laurene Palencia and Defendant Trans Union LLC have settled all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file a Voluntary Dismissal within the next forty-five (45) days.

Plaintiffs request that the Court vacate all pending deadlines in this matter as to Defendant Trans Union, LLC ONLY. Plaintiffs also request that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

RESPECTFULLY SUBMITTED this 18th day of October 2021.

> **LAW OFFICES OF BLAKE GOODMAN, PC**
>
> */s/Blake Goodman*
> Blake Goodman, Bar Number: 7436
> 900 Fort Street Mall, #910
> Honolulu, HI 96813
> E: blake@debtfreehawaii.com
> T: (808) 528-4274
> *Attorney for Plaintiffs,*
> *Kevin and Laurene Palencia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Josefina Garcia*