Blake Goodman
Bar Number: 7436
LAW OFFICES OF BLAKE GOODMAN, PC
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 528-4274
*Attorney for Plaintiffs,*
*Kevin and Laurene Palencia*

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN PALENCIA and LAURENE PALENCIA,<br><br>      Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>      Defendants. | Case No.: 1:21-cv-00394-DKW-RT<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

  NOTICE IS HEREBY GIVEN that Plaintiffs Kevin Palencia and Laurene Palencia and Defendant Experian Information Solutions, Inc. ("Experian"), have settled all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next forty-five (45) days. Plaintiffs request that the Court vacate all pending

1

deadlines and hearings in this matter as to Defendant Experian only. Plaintiffs also request that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

RESPECTFULLY SUBMITTED this 16th day of December 2021.

**LAW OFFICES OF BLAKE GOODMAN, PC**

*/s/Blake Goodman*
Blake Goodman, Bar Number: 7436
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 528-4274
*Attorney for Plaintiffs,*
*Kevin and Laurene Palencia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Jacey Gutierrez*