Blake Goodman
Bar Number: 7436
LAW OFFICES OF BLAKE GOODMAN, PC
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 528-4274
*Attorney for Plaintiffs,*
*Kevin and Laurene Palencia*

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN PALENCIA and LAURENE PALENCIA,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 1:21-cv-00394-DKW-RT<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiffs Kevin and Laurene Palencia and Defendant Equifax Information Services, LLC ("Equifax"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any

matters related to completing and/or enforcing settlement. There are no remaining defendants.

RESPECTFULLY SUBMITTED this 9th day of February 2022.

**LAW OFFICES OF BLAKE GOODMAN, PC**

*/s/Blake Goodman*
Blake Goodman, Bar Number: 7436
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 528-4274
*Attorney for Plaintiffs,*
*Kevin and Laurene Palencia*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Jacey Gutierrez*